ACCEPTED
01-13-00778-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 8:56:46 AM
CHRISTOPHER PRINE
CLERK

## No. 01-13-00778-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/23/2015 8:56:46 AM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

**No 1380317**
In the 351st District Court
Of Harris County, Texas

———————◆———————

**DANIEL GONZALEZ RODRIGUEZ**
*Appellant*
v.
**THE STATE OF TEXAS**
*Appellee*

———————◆———————

State's First Motion for Extension
Of Time to File Brief

———————◆———————

To the Honorable Court of Appeals:

The State of Texas, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief. The following facts are relevant:

1. The appellant was charged by indictment with kidnapping. (CR 21).

The indictment alleged two prior felony convictions, with one offense

committed after the other conviction became final. (CR 21). A jury found him guilty as charged. (CR 50, 51). The appellant pled true to both enhancement paragraphs and the trial court assessed punishment at thirty years' confinement. (CR 50). The appellant filed a timely notice of appeal and the trial court certified his right of appeal. (CR 55, 58).

2. The State's brief is due on March 23, 2015. The State requests a 30-day extension of time in which to file its brief.

3. This is the State's first request for extension.

4. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

   a. This case was assigned to the undersigned attorney on March 4, 2015. Since that time, he has worked on the following mattters:

      1. Craig Gilder
         No. 14-14-00523-CR
         Brief filed March 6, 2015

      2. Julio Alvarado
         Nos. 01-13-00894-CR & 01-13-00895-CR
         Brief filed March 19, 2015

      3. Hugo Pachas-Luna
         Nos. 01-14-00516-CR *et seq.*
         Brief due March 23, 2015 (third motion for extension filed)

b. The undersigned attorney was out of the office for a medical procedure on March 20, 2015.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

## CERTIFICATE OF SERVICE

I certify that I have requested that efile.txcourts.gov electronically serve

a copy of this motion to:

Kurt B. Wentz
kbsawentz@yahoo.com

/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

Date: March 23, 2015